COMMONWEALTH *vs.* HENRY C. BROWN.

In an indictment on the Rev. Sts. *c.* 47, § 2, for selling spiritous liquor to be used in or about the seller's house or other buildings, without being licensed as an innholder or common victualler, it is not necessary to allege that the quantity sold was less than twenty eight gallons.

THE defendant was indicted in the court of common pleas, for selling spiritous liquor, contrary to the Rev. Sts. *c.* 47,

§ 2.   One count in the indictment alleged that the defendant, " at Lee in the county of Berkshire, on the first day of May in the year of our Lord one thousand eight hundred and forty three, did sell to one Raymond Green one glass of spiritous liquor, called brandy, to be used in and about his house then and there situate, without being first duly licensed as an innholder or common victualler, according to law ; against the peace," &c. " and contrary to the form of the statute in such case made and provided."   There were two other counts, which alleged, in the same form, two other offences, on the second and third days of May 1843.

The defendant, after pleading guilty, moved in arrest of judgment, " because it is not averred that the liquor, sold to be used about his house, was sold in a less quantity than twenty eight gallons."   This motion was overruled by the court of common pleas, held by *Merrick,* J. and the defendant filed exceptions.

*Bishop,* for the defendant.

*Porter,* (District Attorney,) for the Commonwealth.

Dewey, J.   This indictment is sufficient, and in conformity with the usual mode of setting forth the offence punishable by the Rev. Sts. *c.* 47, § 2.   This section is, that " if any person shall sell any wine or spiritous liquor," &c. " to be used in or about his house or other buildings, without being duly licensed as an innholder or common victualler, he shall forfeit, for each offence, twenty dollars."   The offence is the selling of spiritous liquor, to be used in or about the house or other buildings of the seller, without being first duly licensed.   Whether the quantity sold is more or less than twenty eight gallons, is not essential, under the provisions of this section ; though, from the fact that it must be sold for use in and about the house or other buildings of the party selling, the cases falling under it would doubtless be usually cases of the sale of less than twenty eight gallons.

*Exceptions overruled.*